155 A.3d 435

BAUTISTA, Elvis G.

v.

STATE of Maryland

Pet. Docket No. 504, Sept. Term, 2016

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1764, Sept. Term, 2015).

Petition for writ of certiorari denied

■

155 A.3d 435

BEASLEY

v.

BEASLEY

Pet. Docket No. 529, Sept. Term, 2016

Court of Appeals of Maryland.

February 21, 2017

Dismissed by the Court of Special Appeals (No. 495, Sept. Term, 2016).

Petition for writ of certiorari denied